BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2775
Facsimile:   (916) 554-2900
email: bobbie.montoya@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Petitioner,<br><br>          v.<br><br>THOMAS D. VANNORTWICK,<br><br>                            Respondent. | 1:15-cv-00596-LJO-SKO<br><br>**ORDER AFTER SHOW CAUSE HEARING RE: TAX SUMMONS ENFORCEMENT**<br><br>**Taxpayer:**<br>**THOMAS D. VANNORTWICK** |

     This matter came before United States Magistrate Judge Sheila K. Oberto on June 10, 2015, under the Order to Show Cause filed April 22, 2015 (Doc. #4).  The order, with the verified petition filed April 16, 2015 (Doc. #1), and its supporting memorandum (Doc. #3-1), was personally served on the wife of Respondent Thomas D. Vannortwick, Lorraine Vannortwick, at Respondent's residence on April 30, 2015.  Doc. #5.  Respondent did not file opposition or non-opposition to the verified petition as provided for in the Order to Show Cause.  At the hearing, Bobbie J. Montoya, Assistant United States Attorney, appeared for Petitioner United States of America.  Investigating Revenue Officer David M. Lopez was present in the courtroom.  Respondent also appeared at the hearing.

     The Verified Petition to Enforce Internal Revenue Summons (Doc. #1) seeks to enforce administrative summonses (Exhibits A and B to the petition (Doc. #1)) issued September 30, 2014.  The

summonses are part of an investigation to secure information needed to collect assessed federal income taxes (Form 1040) for tax years ending December 31, 2003, December 31, 2004, December 31, 2007, and December 31, 2008, and seeking information needed to determine the correct federal income taxes (Form 1040) and statutory additions for the tax years ending December 31, 2005, December 31, 2006, December 31, 2009, December 31, 2010, December 31, 2011, December 31, 2012, and December 31, 2013.

Respondent agreed to appear and fully comply with the summonses at the I.R.S. offices at 2525 Capitol Street, Suite 206, Fresno, California 93721-2227, before Revenue Officer Lopez or his designated representative, on June 22, 2015, at 9:00 a.m., as agreed to by Revenue Officer Lopez and Respondent at the show cause hearing.  If Respondent violates this Order, the United States may take appropriate steps to request the Court's enforcement of the tax summonses, up to and including requesting contempt proceedings against Respondent.

THE CLERK SHALL SERVE this order by mail to:  Thomas D. Vannortwick, 3128 E. Millbrae Avenue, Fresno, CA 93710-4939.

IT IS SO ORDERED.

Dated:   **June 11, 2015**              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

[proposed] ORDER AFTER SHOW CAUSE HEARING
RE: TAX SUMMONS ENFORCEMENT

2