**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>THOMAS D. VANNORTWICK<br><br>　　　　Respondent. | **CASE NO. 1:15-CV-00596-LJO-SKO**<br><br>**ORDER TO DISMISS AND CLOSE**<br>**(Doc. 10)** |

　　Based on Petitioner's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), Doc. 10, this Court DISMISSES without prejudice the Petitioner re: Tax Summons Enforcement in the above-referenced case. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

　Dated:　**July 8, 2015**　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1